**376-15**

# ELECTRONIC RECORD

COA # 02-12-00546-CR          OFFENSE: 19.03A

STYLE: Timothy Herring v. The State of Texas          COUNTY: Wise

COA DISPOSITION:   AFFIRM          TRIAL COURT: 271st District Court

DATE: 01/1614          Publish: NO   TC CASE #:   CR16345

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Timothy Herring v. The State of Texas          CCA #: **376-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: ___05/13/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD